**MEMO ENDORSED**



Michael S. Adler, Partner
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

May 2, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022

Via Electronic Case Filing

Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Teamsters Local 456 Pension Funds, et al. v. State Contracting Corp., et al.,
             Civil Action No. 7:21-cv-02226-NSR

Dear Judge Román:

      We represent Plaintiffs in the above-referenced matter.

      We write to respectfully request that the Order to Show Cause hearing in this case scheduled for May 5, 2022 be postponed for a period of at least sixty days, with supplemental declarations due 30 days before the hearing date, with Defendants then having a month to respond. Due to a scheduled vacation, we ask that if granted, the hearing not be between August 8, 2022 and August 22, 2022.

      The reason for these requests is that Defendants have recently made some payments, while additional amounts have become due. Therefore, the amounts sought in Plaintiffs' motion papers must be adjusted. Additionally, we intend to use this time to again try and resolve the litigation.

      We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

---

Pltfs' request to adjourn the telephonic Show Cause Hearing from May 5, 2022 until July 26, 2022 at 9:45 am is GRANTED. Pltfs' supplemental briefing shall be served and filed on June 10, 2022. Deft's opposition shall be served and filed on July 11, 2022. Counsel are directed to ECF No. 26 for the dial-in instructions. Clerk of Court is requested to terminate the motion (doc. 28). Pltlfs are directed to serve a copy of this endorsement on Defts. and file proof of service.
Dated: White Plains, NY
      May 2, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

9796100.1



Honorable Nelson S. Román
May 2, 2022
Page 2

cc: via UPS Overnight Mail
State Contracting Corp. of NY
a/k/a State Contracting Corp.
d/b/a Capital Waste Services Corp.
a/k/a Capital Waste Corp.
555 Saw Mill River Road
Yonkers, New York 10701

George McGuire
555 Saw Mill River Road
Yonkers, New York 10701

Andrew McGuire
555 Saw Mill River Road
Yonkers, New York 10701