USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEAMSTERS LOCAL 456 PENSION, HEALTH & WELFARE, ANNUITY, EDUCATION & TRAINING, INDUSTRY ADVANCEMENT, AND LEGAL SERVICES FUNDS by Louis A. Picani, Joseph Sansone, Dominick Cassanelli, Jr., Ross Pepe, and Jeffrey Isaacs as Trustees and fiduciaries of the Funds, and WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,<br><br>                           Plaintiffs,<br><br>      - against –<br><br>STATE CONTRACTING CORP. OF NY A/K/A STATE CONTRACTING CORP. d/b/a CAPITAL WASTE SERVICES CORP. a/k/a CAPITAL WASTE CORP., GEORGE McGUIRE, and ANDREW McGUIRE, Individually,<br><br>                           Defendants. | Civil Action No.<br>7:21-cv-02226 (NSR) |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN THAT,** pursuant to Rule 41(a)(1) of the Federal Rules of

Civil Procedure, Plaintiffs voluntarily dismiss the above captioned action without prejudice.

DATED: September 1, 2022

                                   **BLITMAN & KING LLP**

By: _____

                                Daniel Kornfeld, of Counsel
                                Attorneys for Plaintiffs
                                Office and Post Office Address
                                1441 Broadway, Suite 5062
                                New York, New York 10018
                                Telephone: (212) 643-2672
                                Facsimile: (929) 219-3707
                                E-mail: dekornfeld@bklawyers.com

**SO ORDERED:**

Date:   White Plains, New York
        September 16, 2022            _____
                                          The Honorable Nelson S. Roman
                                        United States District Judge

{B0280932.1}